# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HUGHES, Individually, and on Behalf of the Class,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 5:24-CV-02079 AH (MARx)<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE  [70]  [JS-6] |

The Joint Stipulation for Dismissal With Prejudice of Plaintiff James Hughes and Defendant Jackson National Life Insurance Company is before the Court. GOOD CAUSE APPEAR THEREFOR,

**IT IS HEREBY ORDERED THAT** this entire action is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED:**

DATED: OCTOBER 20, 2025

_____
Hon. Anne Hwang
UNITED STATES DISTRICT JUDGE